Eric R. Fish
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: efish@bakerlaw.com

Joel Griswold
Bonnie L. Keane
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois  60606-1901
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
(*pro hac vice pending*)

*Attorneys for Defendant Hat World, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRONWYN NAHAS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HATWORLD, INC.,<br><br>Defendant. | Case No.: 2:16-CV-02267-ES-JAD<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Joseph A. Dickson, U.S.M.J.<br><br>**DEFENDANT HAT WORLD, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**Motion Return Date: July 5, 2016**<br><br>**Oral Argument Requested** |

To:   Stephen T. Sullivan, Jr., Esq.          Jeffrey M. Ostrow, Esq.
      John E. Keefe, Jr., Esq.                Avi R. Kaufman, Esq.
      KEEFE BARTELS, LLC                      Scott A. Edelsberg, Esq.
      170 Monmouth Street                     KOPELOWITZ OSTROW
      Red Bank, New Jersey 07701              FERGUSON WEISELBERG GILBERT
                                              One West Las Olas Boulevard, Suite 500
                                              Fort Lauderdale, Florida 33301

**COUNSEL:**

PLEASE TAKE NOTICE that on July 5, 2016, at 9:00 a.m., or at such other date and time as the Court may direct, Defendant Hat World, Inc. ("Hat World"), through its undersigned counsel, will move before the Honorable Esther Salas, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Court Room MLK 5A, Newark, NJ 07101, for an Order dismissing with prejudice all the claims asserted in Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Hat World will rely on the accompanying brief, submitted herewith.

PLEASE TAKE FURTHER NOTICE that a Proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Hat World respectfully requests oral argument.

Date:  June 7, 2016

Respectfully submitted,

HAT WORLD, INC.

By: */s/ Eric R. Fish*
Eric R. Fish
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4647
Facsimile: (212) 589-4201
Email: efish@bakerlaw.com

Joel Griswold
Bonnie L. Keane
BAKER & HOSTETLER, LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois  60606-1901
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
(*pro hac vice pending*)