# KEEFE BARTELS
## TRIAL ATTORNEYS

Reply to:
**Middlesex County Office**
57 Paterson Street
New Brunswick, NJ 08901
Tel: 732-253-7870
Toll Free: 877-288-9247
Fax: 732-253-7872

John E. Keefe, Jr.[1,3]
Patrick J. Bartels[4]
John E. Gregory, Jr.[1,5]
Stephen T. Sullivan, Jr.[4]

Jennifer Harwood Ruhl[5]
Javier J. Diaz
Liana M. Nobile

Of Counsel:
John E. Keefe, Sr.
C. Judson Hamlin

Counsel:
Paul A. DiGiorgio
Frank R. DiMarzio
Craig H. Livingston[1,2]

Certified Civil Trial Attorney[1]
Certified Workers'
  Compensation Attorney[2]

Admitted:
N.J., D.C., N.D.Fla.[3]
N.J., Pa.[4]
N.J., N.Y.[5]

**Monmouth County Office**
170 Monmouth Street
Red Bank, NJ 07701
Tel: 732-224-9400
Toll Free: 877-288-9247
Fax: 732-224-9494

**Essex County Office**
263 Lafayette Street
Newark, NJ 07105
Tel: 973-274-0408
Toll Free: 877-288-9247
Fax: 973-274-0409

July 18, 2016

**VIA ECF & REGULAR MAIL**
Hon. Esther Salas, U.S.D.J.
M.L. Ling, Jr. Federal Bldg. & Courthouse
Room 5076
50 Walnut Street
Newark, New Jersey 07012

RE:  NAHAS V. HATWORLD, INC.
     DOCKET NUMBER: 16-2267 (ES)(JAD)

Dear Judge Salas:

This law firm is co-counsel for the plaintiff in the above-mentioned matter.

Defendant, Hat World, Inc., filed a motion to dismiss, presently returnable for August 1, 2016. Plaintiff's opposition to the motion is due today, July 18, 2016. The parties have tentatively settled the matter and are currently drafting and completing settlement documents. Accordingly, with defendant's consent, plaintiff respectfully requests that the motion be adjourned for one cycle to August 15, 2016.

Thank you for the Court's kind attention to and assistance in this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Stephen T. Sullivan, Jr.*
STEPHEN T. SULLIVAN, JR.
For the Firm

cc:   Counsel of Record (via ECF)
      Clerk, District Court of New Jersey (via ECF)