**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRONWYN NAHAS, | : |
| Plaintiff, | : Case No. 2:16-cv-2267 |
| v. | : |
| HAT WORLD, INC., | : |
| Defendant. | : |

Plaintiff, Bronwyn Nahas, by and through her attorneys of record, seeks dismissal WITH PREJUDICE against Hat World, Inc., which consents to the dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action and all claims as against the Defendant with prejudice and without attorneys' fees or costs against any party.

Dated: August 2, 2016

Respectfully submitted,

/s/ *Stephen T. Sullivan, Jr.*
Stephen T. Sullivan, Jr.
KEEFE BARTELS, LLC
170 Monmouth Street
Red Bank, New Jersey 07701
Phone: (732) 224-9400
jkeefe@keefebartels.com
ssullivan@keefebartels.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2016 a true and correct copy of the foregoing document was sent to all counsel of record in the present action via the Court's ECF filing system.

/s/ *Stephen T. Sullivan, Jr.*
Stephen T. Sullivan, Jr.